UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81337-CIV-DIMITROULEAS

ANGELINE JEAN BAPTISTE,

    Plaintiff,

vs.

GASPETROL ENERGY 3 LLC, d/b/a SUNOCO
GAS STATION, a Florida Limited Liability Company
and SAUEL GONZALEZ, an individual,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Motion to Approve Settlement and Stipulation of Dismissal With Prejudice, filed on September 17, 2020. [DE 11] ("Joint Motion").

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

**1.** The Joint Motion [DE 11] is **GRANTED**;

2. The parties Settlement Agreement [DE 11-1] is hereby **APPROVED**;

3. This case is **DISMISSED WITH PREJUDICE.**

4. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement.

5. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of September, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record